41 So.2d 417

## Casey DANLEY v. STATE.

### 4 Div. 560.

Supreme Court of Alabama.
June 23, 1949.

E. C. Boswell and R. S. Ward, of Geneva, for petitioner.

A. A. Carmichael, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., opposed.

BROWN, Justice.

We have examined the application for the issuance of the writ of certiorari in connection with the opinion of the Court of Appeals and are not of opinion that the writ of certiorari should issue.

The writ of certiorari is, therefore, denied.

Writ denied.

FOSTER, LIVINGSTON and SIMPSON, JJ., concur.